United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN PESCE,

    Plaintiff,

    v.

LUMBER LIQUIDATORS, INC.,

    Defendant.

Case No. 15-cv-01321-JSC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED**

Plaintiff Karen Pesce, proceeding on behalf of herself and all other similarly situated, filed this putative class action against Defendant Lumber Liquidators, Inc. In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to Balero et al v. Lumber Liquidators, Inc., No. 15-cv-1005 JST.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE